AMERICAN BANK OF
PLATTSBURG/EDGERTON,
Respondent,

v.

Gene and Evelyn GRAFTON,
Appellants.

No. WD 43965.

Missouri Court of Appeals,
Western District.

April 16, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied
July 23, 1991.

Gene Grafton, .Plattsburg, pro se.

George A. Pickett, Plattsburg, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from summary judgment in favor of respondent in action on promissory note.

Judgment affirmed. Rule 84.16(b).